*E. L. Stephens,* contra.

---

### 10035.    CHAPMAN *v.* GRIZZARD.

WADE, C. J. The various exceptions to the charge of the court are without substantial merit, there was evidence to authorize the verdict returned, and the trial judge did not err in overruling the motion for a new trial.

                   *Judgment affirmed. Jenkins and Luke, JJ., concur.*
                     DECIDED JULY 17, 1919.

Claim; from city court of Carrollton—Judge Beall. June 20, 1918.

*Winfield P. Jones, Raymond Robinson,* for plaintiff in error.
*Buford Boykin,* contra.